UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re: )
) CHAPTER 7
CISCO SEEDS OF IDAHO, INC. )
) CASE NO. 01-40869
)
) TURNOVER OF FUNDS
) TO CLERK
Debtor(s) )
)

FEE PAID
RCPT # 450964

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT NOT DISBURSED | CLAIM# |
|---|---|---|---|---|
| | | | | |

2. The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| GEORGE W. DAVIS<br>19475 MARKET RD<br>CALDWELL, ID 83607 | 185 | 6/17/05 | $1,439.46 | 72 |

Dated this Tuesday, October 04, 2005.

_____
R. SAM HOPKINS, TRUSTEE